|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>FAY SERVICING LLC, as servicer<br>for WILMINGTON TRUST, NATIONAL<br>ASSOCIATION, NOT IN ITS<br>INDIVIDUAL CAPACITY, BUT SOLELY<br>AS TRUSTEE FOR MFRA TRUST 2015-1<br>JILL A. MANZO, ESQ.<br>AYS127<br>bankruptcy@feinsuch.com | **Order Filed on January 11, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>BOHDAN A. POLANSKYJ<br><br>  Debtor(s). | Case No.:   16-22883 JKS<br><br>Hearing Date: January 10, 2017<br><br>Judge: Honorable John K. Sherwood<br><br>Chapter:    7 |

Recommended Local Form  ☒ Followed  ☐ Modified

The relief set fort
**DATED: January 11, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, FAY SERVICING LLC, as servicer for WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

207 TREMONT AVE, EAST ORANGE, NJ 07018.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this Order on the Debtor(s), any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-22883-JKS
Bohdan A. Polanskyj                                                   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1            Date Rcvd: Jan 12, 2017
                            Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db             +Bohdan A. Polanskyj,    14 Clark Street,    Glen Ridge, NJ 07028-2206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
              Charles M. Forman    charles.forman@leclairryan.com,
               lori.capasso@leclairryan.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
               NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
               2015-1 bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
               NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
               2015-1 bankruptcy@feinsuch.com
              Robert B Davis    on behalf of Debtor Bohdan A. Polanskyj Rob@davislawcenterllc.com,
               rbdesq@gmail.com
                                                                                              TOTAL: 6