UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                          Case No.: __16-2283 (JKS)__

Bohdan A. Polanskyj                                 Chapter: __7__

                                                                     Judge: __John K. Sherwood__

## NOTICE OF PROPOSED ABANDONMENT

**Charles M. Forman, Chapter 7 Trustee** in this case proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on May 2, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> The Trustee proposes to abandon the following real properties owned by the Debtor on the basis that they are of inconsequential value and burdensome to the esate:
> (i)     14 Clark Street, Glen Ridge, New Jersey with an unknown fair market value;
> (ii)    207 Tremont Avenue, East Orange, New Jersey with an unknown fair market value; and
> (iii)   236 Sherman Ave, Seaside Heights, NJ with an unknown fair market value

> Liens on property:
> (i)     First Mortgage held by PNC Bank in the approximate amount of $414,360.66
>          Second Mortgage held by PNC Bank in the approximate amount of $150,000.00
> (ii)    Mortgage held by Chase Mortgage in the approximate amount of $165,000.00
> (iii)   Mortgage held by Seterus, Inc. in the approximate amount of $237,215.00

> Amount of equity claimed as exempt:
>
> None

Objections must be served on, and requests for additional information directed to:
Name:            _/s/ Charles M. Forman_
Address:        LeClairRyan, 1037 Raymond Boulevard, 16th Floor, Newark, NJ 07102
Telephone No.: ( 973) 491-3600

20210355_1

United States Bankruptcy Court
District of New Jersey

In re:  
Bohdan A. Polanskyj  
    Debtor

Case No. 16-22883-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Apr 03, 2017  
                  Form ID: pdf905     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.
```
db             +Bohdan A. Polanskyj,    14 Clark Street,    Glen Ridge, NJ 07028-2206
516271115      +Alliance One,    P.O. Box 1378,    Wall, NJ 07719-1378
516271116      +American Anesthesialogy,    POB 88087,    Chicago, IL 60680-1087
516271129     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Home Depot,    PO Box 20483,    Bankruptcy Dept.,
                 Kansas City, MO 64195)
516271118      +Chase,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-4047
516271120      +Chase Credit Card,    POB 15153,    Wilmington, DE 19886-5153
516271121      +Chase Line of Credit,    P.O.Box 15153,    Wilmington, DE 19886-5153
516271122      +Chase Mortgage,    PO Box 78420,    Phoenix, AZ 85062-8420
516271123      +Citibank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
516271124      +Citibank,    P.O. Box 183057,    Columbus, OH 43218-3057
516271125      +City of Newark,    P.O Box 6400,    Newark, NJ 07106-0400
516271127      +EZPASS,    P.O. Box 1235,    Elmsford, NY 10523-0935
516271126      +East Orange Water Dept.,    99 S Grove St,    East Orange, NJ 07018-4197
516271130      +Midland Funding, LLC,    P.O. Box 939069,    Attention: Chief Compliance Officer,
                 San Diego, CA 92193-9069
516271131      +NJ Natural Gas,    POB 11743,    Newark, NJ 07101-4743
516271132      +PNC Bank, N.A.,    c/o KML Law Group, P.C.,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
516271133       PSE&G,    POB 14444,    New Brunswick, NJ 08906-4444
516278047      +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway, Suite 100,
                 Livingston, New Jersey 07039-1711
516271134      +Sears,    POB 6282,    Sioux Falls, SD 57117-6282
516271135      +Seaside Electric,    901 Boulevard,    Seaside Heights, NJ 08751-2127
516271136      +Seaside Water Dept.,    901 Blvd.,    Seaside Heights, NJ 08751-2127
516271137      +Seterus, Inc.,    PO Box 1077,    Hartford, CT 06143-1077
516271117      +bank of america,    P.O. Box 15019,    Wilmington, DE 19886-5019
516271119      +chase CC,    POB 1418,    Maumee, OH 43537-8418
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2017 00:29:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2017 00:29:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2017 00:18:08      Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
516283421       E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2017 00:18:40      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 4
```

      \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, \* duplicate) \*\*\*\*\*
```
516271128*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Home Depot,   c/o Bankruptcy Dept,    PO Box 20483,
                 Kansas City, MO 64195)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                          Signature:   /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: Apr 03, 2017
                               Form ID: pdf905              Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2017 at the address(es) listed below:
              Charles M. Forman     charles.forman@leclairryan.com,
               lori.capasso@leclairryan.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman charles.forman@leclairryan.com,
               lori.capasso@leclairryan.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
               NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
               2015-1 bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
               NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
               2015-1 bankruptcy@feinsuch.com
              Robert B Davis    on behalf of Debtor Bohdan A. Polanskyj Rob@davislawcenterllc.com,
               rbdesq@gmail.com
                                                                                             TOTAL: 7
```